**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00159-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MATTHEW CLAYTON CADY,

    Defendant.

**ORDER TO DISCLOSE
OTHERWISE PROTECTED INFORMATION**

**Blackburn, J.**

The matter is before the court on **Motion by The United States To Disclose Otherwise Protected Information** [#13][1] filed July 1, 2014. After reviewing the motion and the record, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion by The United States To Disclose Otherwise Protected Information** [#13] filed July 1, 2014, is **GRANTED**;

2. That the United States may produce materials relevant to this matter with the following limitations and restrictions:

    a. That the government may disclose in the discovery process these records and any subsequently obtained records without further redactions of this

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

otherwise protected information;

   b. That the discovery material produced by the government may be used only in this case and for no other purpose without further Order from this Court;

   c. That the parties shall redact any statutorily protected information from any public document filed with the Court in accordance with a protective order and Rule 49.1 Federal Rules of Criminal Procedure; and

   d. That defense counsel shall not otherwise disclose or allow the protected records to be copied except by defense counsels' staff, who are specifically retained to assist counsel in this matter, without further Order of this Court and the government having an opportunity to challenge the additional production or disclosure;

 Dated July 9, 2014, 2014, at Denver, Colorado.

            **BY THE COURT:**

            *Bob Blackburn*
            Robert E. Blackburn
            United States District Judge